IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE PRECIA JONES, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-6582 |
| SOUTHEASTERN PENNSYLVANIA : | |
| TRANSPORTATION AUTHORITY *et al.* : | |
| : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 9th day of May, 2013, upon consideration of the motion to dismiss filed by defendants Southeastern Pennsylvania Transportation Authority and Alfred Outlaw (Doc. # 9) and plaintiff's opposition thereto, it is hereby **ORDERED** that the motion to dismiss is **GRANTED IN PART and DENIED IN PART** as follows:

1. Defendants' motion with respect to Count VI of the amended complaint (wrongful termination) is **GRANTED** and Count VI is **DISMISSED WITH PREJUDICE**.

2. The balance of defendants' motion is **DENIED**.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge