# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE PRECIA JONES,<br><br>Plaintiff,<br><br>v.<br><br>SEPTA and ALFRED OUTLAW,<br><br>Defendants. | 2:12-cv-6582-WY |

## ORDER

**AND NOW**, this 6th day of August, 2014, it is **HEREBY ORDERED** that:

1. Upon consideration of the defendants' motion for summary judgment (Doc. 23), the plaintiff's response, and the defendants' reply, the motion for summary judgment is **GRANTED**.

2. Judgment is entered in favor of the defendants SEPTA and Alfred Outlaw and against the plaintiff Michelle Precia Jones.

3. This case shall be marked **CLOSED** for statistical purposes.

                                                    s/ William H. Yohn Jr.
                                                    William H. Yohn Jr., Judge.